[Nos. 23930-6-III; 24676-1-III.  Division Three.  January 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL WAYNE VANDERGRIFF, *Appellant*.

*In the Matter of the Personal Restraint of* DARRELL WAYNE VANDERGRIFF, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01337-6, Craig J. Matheson, J., entered February 11, 2005, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded* and petition *denied* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.

[No. 24226-9-III.  Division Three.  January 18, 2007.]

CITIBANK SOUTH DAKOTA, *Respondent*, v. ERNEST E. BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-2-00857-9, Carrie L. Runge, J., entered May 12, 2005. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24871-2-III.  Division Three.  January 18, 2007.]

KEVIN SUYDAM ET AL., *Appellants*, v. MARK MCNAUGHTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 03-2-00207-5, John E. Bridges, J., entered December 23, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 55392-5-I.  Division One.  January 22, 2007.]

XIAOLI ZHOU, *Appellant*, v. TONY BLAU, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-00935-8, Michael S. Spearman, J., entered December 3, 2004. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Ellington and Dwyer, JJ.